■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM C. SEARLES, Appellant.—Judgment, Supreme Court, Bronx County (Bernard Jackson, J.), rendered February 9, 1988, convicting defendant, after a jury trial, of manslaughter in the first degree and sentencing him to an indeterminate prison term of from five to fifteen years, unanimously affirmed.

Although we find that the evidence of intoxication was sufficient to cause a reasonable person to entertain doubt as to whether defendant had the requisite intent to commit first degree manslaughter (People v Perry, 61 NY2d 849, 850), the record also suggests that defense counsel purposely refrained

from requesting an intoxication charge despite his awareness of the issue. Furthermore, interest of justice reversal is not warranted since the People presented overwhelming evidence that defendant intended to seriously injure the decedent. Concur—Carro, J. P., Wallach, Ross, Kassal and Rubin, JJ.